**Order filed March 8, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00938-CV
_____

**ADRIENNE GALLIEN, Appellant**

**V.**

**GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-10149**

## O R D E R

Appellant's brief was due February 24, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **April 5, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM